WILLIAM H. WADDINGTON, ADMINISTRATOR,

V.

THE VILLAGE OF JEFFERSON.

*Municipal Corporation—Unprotected Bridge—Death by Drowning—Action for Damages.*

Waddington v. Village of Jefferson.

In an action against a municipal corporation to recover damages for caus-
ing the death of the plaintiff's infant son through alleged negligence in
failing to provide railings to a bridge, this court affirms the judgment for
the defendant, the questions of negligence on the part of the defendant
and ordinary care on the part of the deceased having been fairly submitted
to the jury.

[Opinion filed February 13, 1889.]

APPEAL from the Superior Court of Cook County; the
Hon. KIRK HAWES, Judge, presiding.

Messrs. JAMES LEDDY and EDWARD W. CULLEN, for appel-
lant.

Mr. J. P. W. BROWN, for appellee.

*Per Curiam.*    This was an action to recover damages for
the appellant's decedent, a boy about the age of eight years.
The evidence shows that on his way home from school the
boy knelt down on the edge of the bridge, and leaned out
over the edge thereof in an attempt to catch or guide by
means of a stick, which he held in his hands, pieces of wood
which were floating in the stream which ran under the bridge.
While so engaged he lost his balance, fell headlong into the
water, and was drowned.

The bridge from which he fell had been used for many
years as the means for crossing the stream, both by teams and
foot passengers, and there was not, at the time of the accident,
and had never been any railing upon said bridge.    The case
was heard by a jury upon all the evidence, and the question
of negligence on the part of the defendant, and ordinary care
on the part of the boy, were fairly left to them on instruc-
tions which, upon careful examination, we find to have been
free from errors; and the verdict of the jury, and the judg-
ment rendered thereon by the trial court, is therefore conclu-
sive.    No error appearing, the judgment must be affirmed,

*Judgment affirmed.*